IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK BLAYLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV372 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a | ) | ORDER |
| Delaware corporation, and | ) | |
| MENLO LOGISTICS, INC., | ) | |
| A Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Menlo Logistics, Inc.'s motion for extension of answer day (Filing No. 12).  For good cause shown,

IT IS ORDERED that defendant's motion is granted; Menlo Logistics, Inc., shall have until October 3, 2005, to answer or respond to plaintiff's complaint.

DATED this 12th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court