IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PATRICK BLAYLOCK,            )
                             )
            Plaintiff,       )       8:05CV372
                             )
     v.                      )
                             )
CARGILL, INCORPORATED, a     )       ORDER
Delaware corporation, and    )
MENLO LOGISTICS, INC.,       )
A Delaware corporation,      )
                             )
            Defendants.      )
_____)

      This matter is before the Court on plaintiff's motion to extend date for filing report of parties' planning conference (Filing No. 17). The Court notes defendants have no objection. Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; the parties shall have until November 4, 2005, to file a report of parties' planning conference.

      DATED this 24th day of October, 2005.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court