IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK BLAYLOCK, | ) | |
| Plaintiff, | ) | 8:05cv372 |
| v. | ) | |
| CARGILL, and MENLO LOGISTICS, | ) | ORDER |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 19 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 19 from the record.

DATED this 26th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court