IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PATRICK BLAYLOCK,              )
                               )
             Plaintiff,        )      8:05CV372
                               )
     v.                        )
                               )
CARGILL, INCORPORATED, a       )      ORDER
Delaware corporation, and      )
MENLO LOGISTICS, INC.,         )
A Delaware corporation,        )
                               )
             Defendants.       )
_____)
```

This matter is before the Court on defendants' motion to extend deadlines regarding designation of expert witnesses and addition of parties/amend pleadings (Filing No. 42). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendant shall have until July 20, 2006, in which to add parties or amend pleadings and until July 31, 2006, in which to identify expert witnesses.

DATED this 20th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court