IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK BLAYLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV372 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a Delaware corporation, and MENLO LOGISTICS, INC., A Delaware corporation, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to extend deadlines regarding designation of expert witnesses and addition of parties/amend pleadings (Filing No. 44). Accordingly,

IT IS ORDERED that defendants' motion is granted; defendant shall have until August 20, 2006, in which to add parties or amend pleadings and until September 1, 2006, in which to identify expert witnesses.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court