IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PATRICK BLAYLOCK,              )
                               )
         Plaintiff,            )     8:05CV372
                               )
    v.                         )
                               )
CARGILL, INCORPORATED, a       )     ORDER
Delaware corporation, and      )
MENLO LOGISTICS, INC.,         )
A Delaware corporation,        )
                               )
         Defendants.           )
_____)
```

      This matter is before the Court on plaintiff's motion to dismiss with prejudice (Filing No. 48). Pursuant thereto,

      IT IS ORDERED that plaintiff's motion is granted; this action is dismissed with prejudice, each party to pay its own costs.

      DATED this 6th day of February, 2007.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court